IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MADISON WEST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-01219 |
| | ) Judge Aleta A. Trauger |
| JPMORGAN CHASE N.A., | ) |
| JAMIE DIMON, ASHLEY BACON, | ) |
| AND ELGA DUARTE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff Madison West's Response to Magistrate's Report and Recommendations (Doc. No. 22), construed as objections to the Report and Recommendation ("R&R"), are **SUSTAINED IN PART AND OVERRULED IN PART.** The R&R (Doc. No. 21) is **ACCEPTED IN PART AND REJECTED IN PART**, and the defendants' Motion to Dismiss (Doc. No. 10) is **GRANTED IN PART AND DENIED IN PART**.

Specifically, the Motion to Dismiss is **GRANTED** with respect to Counts II, III, and IV of the Complaint and those claims are **DISMISSED**. The Motion to Dismiss is **DENIED** with respect to Count I of the Complaint, and that count remains pending.

This case remains on referral to the Magistrate Judge.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge