IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MADISON WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-01219 |
| ) | Judge Aleta A. Trauger |
| JPMORGAN CHASE N.A., ) | |
| JAMIE DIMON, ASHLEY BACON, ) | |
| AND ELGA DUARTE, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff Madison West's Objections (Doc. No. 48) to the Magistrate Judge's Report and Recommendation ("R&R") are **OVERRULED**, and the R&R (Doc. No. 47) is **ACCEPTED**. Accordingly, the plaintiff's Motion to Compel Arbitration (Doc. No. 24) is **DENIED**; the defendants' Motion for Summary Judgment (Doc. No. 36) is **GRANTED**; all other pending motions are **DENIED AS MOOT**; and this case is **DISMISSED**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge